UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAQUILLE FULLER,

                    Plaintiff,

          -v-

T. NAPOLI,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/29/2025___

**ORDER**

25-CV-4592 (ER) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated October 2, 2025, the Court granted an extension of time for Respondent to respond to the petition, until November 14, 2025.  ECF No. 12.  On November 14, 2025, Respondent filed his opposition to the petition with supporting materials, ECF Nos. 16–18, and an affirmation of service on Petitioner, ECF No. 19.

Pursuant to the Court's June 16, 2025 Order, Petitioner's reply papers were due within 30 days from the date Petitioner was served with Respondent's answer.  ECF No. 3.  Petitioner's reply papers were therefore due on December 15, 2025.  To date, the docket does not reflect that Petitioner has filed any reply papers or requested an extension of time to do so.

The Court *sua sponte* extends Petitioner's time to file reply papers until **January 30, 2026**.  If no reply papers are filed by that date, the Court will deem the petition fully briefed.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* litigant.

1

**SO ORDERED.**

Dated: December 29, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge